Israel Tapia 022051
**Name and Prisoner/Booking Number**

Cochise County Jail
**Place of Confinement**

203 N. Judd Drive
**Mailing Address**

Bisbee Az. 85603
**City, State, Zip Code**

FILED ✓ ___ LODGED
RECEIVED ___ COPY

MAY 22 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Israel Tapia ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) MARCUS ANDERSON (7888) ,
(Full Name of Defendant)

(2) ILIANA S. MAGALLANE (11031) ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-265-TUC-RM(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Bowie Az. (85605)

**550/555**

Revised 12/1/20                                  1

## B. DEFENDANTS

1. Name of first Defendant: __Marcus Anderson #(7888)__. The first Defendant is employed as: __D.P.S. State Trooper__ at __DPS, Arizona__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __ILIANA S. MAGALLANE #(14034)__. The second Defendant is employed as: __D.P.S. State Trooper__ at __DPS, Arizona__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __4th Amendment Right (Right to be free, Searches, unreasonable force, excessive__.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Marcus Anderson of Department of Public Safety on or about February 17, 2023 knowingly violated my rights to be free of unreasonable force.
   Mr. Anderson knowingly used excessive force upon plaintiffs (myself) "take down" on said Date 2/17/23. Mr. Anderson admitted in fact per his Incident report, summary and actions observed on Electronic (video) Evidence. Plaintiff was slammed to Concrete floor and with force to cause a table to move 24 inches per Mr. Andersons Incident report. Mr. Anderson stated other factual evidence to support plaintiffs claims on his Incident report.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The plaintiff (myself) suffered extreme chest pain (Lung and heart) from the "take down". Plaintiff was taken to the regional hospital (Willcox AZ.) by ambulance. Plaintiff has previous chest pain from gunshot wound in chest. Chronic pain. Plaintiff stated "I can't breathe."

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __The violation occured out of plaintiffs institutional jurisdiction. The Cochise County jail has no relation to complaint.__

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: __4th Amendment right__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: __Illegal Search and Seizure__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Marcus Anderson of Department of Public Safety on or about February 17, 2023 knowingly violated my rights by entering plaintiffs (myself) residence without a proper search warrant. Marcus Anderson knowingly entered (421 E. Business Loop I-10) of ur at Bowie Arizona residence when the search warrant addressed the Home of; 419 East (E.) Business Loop was to be searched.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental Injury from trama relating as Plaintiff (myself) residence was searched. Privacy and trust with law enforcement is now beyond reconcile.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The violation occured out of the plaintiffs institutional jurisdiction. The Cochise County jail has no relation to complaint.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __5th Amendment. Right to remain silent after requesting an Attorney__.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Right to counsel for questioning__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Iliana S. Magallane of Department of Public Safety (DPS) on or about February 17, 2023 knowingly violated my rights to remain silent after the plaintiff (myself) requested an attorney present for questioning. Iliana S. Magalane knowingly asked questions about my arrest after she knew I requested an Attorney present for questions as her Incident report and Body Cam state/prove. Evidence shows Mrs. Magallane asked questions during transportation to Cochise County Jail from the Willcox Arizona Hospital, regarding my take down, Factual content on Ilianes Magallane as she is heard saying "Whose your supplier" and other condemning questions such as "This is a guilty as it gets?" Other incriminating questions and statements can be heard.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My injury attains to condemnation in the realms of Law and case, thus attempting to harass me into confessions causing tramatic distress psychologicly.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __The complaint occured out of the plaintiffs institutional (jail) jurisdiction. The Cochise County jail has no relation to complaint.__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:
The plaintiff is seeking the following relief: Injunctive relief, An injunction to stop prosecution In case: Cochise County Superior Court Case no. CR202300017a.
In addition the plaintiff (myself) is seeking relief, Monetary Damages In the ammount of $573,600 (Five hundred seventy three thousand six hundred dollars).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-18-2024
　　　　　　　　DATE　　　　　　　　　　　　　　　　　　SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.