FILED ✓ / RECEIVED / LODGED / COPY
JUL -3 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Dear Clerk of Courts Tucson District Ct. (Federal)

Greetings, a notice of change of address
My address is now: Israel Tapia G109105
Lower Buckeye Jail
3250 West Lower Buckeye Rd.
Phoenix Az. 85009

I am currently incarcerated in Maricopa County
I was transported on Tuesday 25th June 2024
Please mail all documents to the above address
This is regarding case no.
CV-24-00265-Tuc-RM (PSOT)

Israel Tapia
Plaintiff

v.

Marcus Anderson et al.,
Defendants

Dated 27 day June month 2024 year

Sincerely, [signature]

Israel Tapia