_Israel Tapia G109105_
Name and Prisoner/Booking Number

_Lower Buckeye Jail_
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

FILED _✓_    LODGED ___
RECEIVED ___    COPY ___

JUL 3 1 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____    DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Israel Tapia_ ,

Plaintiff,

v.

_Marcus Anderson_ ,

Defendant(s).

CASE NO. _CV-24-00265-TUC-RM (PSOT)_

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, _Israel Tapia_ , declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1.  Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
    ☒Yes    ☐No    If "Yes," how many have you filed? _1_ .
    Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?    ☐Yes    ☒No    If "Yes," how many of them? _____ .

2.  Are you currently employed at the institution where you are confined?    ☐Yes    ☒No
    If "Yes," state the amount of your pay and where you work. _____

3.  Do you receive any other payments from the institution where you are confined?    ☐Yes    ☒No
    If "Yes," state the source and amount of the payments. _____

1

Revised 12/1/23

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?                    ☐Yes        ☒No
    If "Yes," state the sources and amounts of the income, savings, or assets.  _____
    _____

I declare under penalty of perjury that the above information is true and correct.

7-24-24
**DATE**

**SIGNATURE OF APPLICANT**

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, _Israel Tapia_, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:

(A)  the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B)  the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

7-24-24
**DATE**

**SIGNATURE OF APPLICANT**

Tapia, Israel
C9109105

## CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _N. Rorie_, certify that as of the date applicant signed this application:
       (Printed name of official)

The applicant's trust account balance at this institution is:                     $ 21.80
The applicant's average monthly deposits during the prior six months is:          $ 13.33
The applicant's average monthly balance during the prior six months is:           $ 6.67
The attached certified account statement accurately reflects the status of the applicant's account.

| 7/25/24 | | B56042 | mcso |
|---|---|---|---|
| DATE | AUTHORIZED SIGNATURE | TITLE/ID NUMBER | INSTITUTION |

2

Revised 12/1/23